✎PROB 22
(Rev. 2/88)

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 97-CR-155-04(JAF) |
| | DOCKET NUMBER *(Rec. Court)* |

# TRANSFER OF JURISDICTION

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| IRVING COLON-VIERA<br>110 Happiness Street, Apt. B<br>Lafayette, Louisiana 70501 | PUERTO RICO | CRIMINAL |
| | NAME OF SENTENCING JUDGE | |
| | JOSE A. FUSTE | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 02/23/2006 | TO 02/22/2010 |

OFFENSE

Aiding and Abetting Assault on a Person Having Lawful Charge of Mail Matter

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____PUERTO RICO_____

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____WESTERN DISTRICT OF LOUISIANA_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____     _____
*Date*                       *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____WESTERN_____ DISTRICT OF _____LOUISIANA_____

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____     _____
*Effective Date*             *United States District Judge*