UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO 00918-1767

FRANCES RIOS DE MORAN                              TEL. (787) 772-3071
CLERK                                              FAX (787) 772-5606

July 11, 2007

CLERK OF COURT
Western District of Louisiana
United States Courthouse
Suite 2100
800 Lafayette Street
Lafayette, LA 70501

Re:   Criminal No. 03:97-CR-155-04(JAF)
      USA v. Irving Colon-Viera

In accordance with the Transfer of Jurisdiction Order filed in the above-entitled case on July 5, 2007, we enclose the following documents:

1. Certified copy of Indictment filed on 7/23/1997 (docket #21).

2. Certified copy of Judgment filed on 1/29/1998 (docket #91).

3. Certified copy of Transfer of Jurisdiction Order filed on 7/5/2007 (docket #148).

4. Certified copy of docket sheet.

Kindly acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

FRANCES RIOS DE MORAN
Clerk of Court

Rebecca Agostini
Operations Manager

Encl.
cc: USPO